MINUTE ENTRY
BROWN, J.
March 14, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 17-200 G |
| CIBONEY PARKER | SECTION: |

### SENTENCING

Court Reporter: Nichelle Drake
Case Manager: James Crull
Law Clerk: Alex Trabolsi

PRESENT:  Tracey Knight, Counsel for the government
Paul Fleming, Jr., Counsel for defendant
Catherine Hollinrake, U. S. Probation

Case called 10:33 a.m.

Defendant present and sentenced to count(s) 2 of the Indictment.

Counts dismissed on motion of the United States as to this defendant: Counts 1 and 3.

See Judgment.

The defendant was released.

Hearing completed 11:10 a.m.

JS-10:  0:37